UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRAVEL SPIKE, LLC, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:13-cv-323-RWS |
| TRAVORA MEDIA, INC., f/k/a TRAVEL AD NETWORK, INC., | |
| Defendant. | |

## DEFAULT JUDGMENT

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of Plaintiff's motion for default judgment as to defendant Travora Media, Inc., f/k/a Travel Ad Network, Inc., and the court having granted said motion, it is

ORDERED AND ADJUDGED, that Plaintiff Travel Spike, LLC recover from Defendant Travora Media, Inc., f/k/a Travel Ad Network, Inc., the amount of $12,484,344.09, plus interest, consisting of a portion of Defendant's revenues, Travel Spike's actual damages trebled, costs and attorneys' fees as follows: $7,521,844.00 of Defendant's revenues; $4,575,000.00, equaling Travel Spike's actual damages trebled; $62,975.75 in costs; and $324,524.34 in attorneys' fees.

Dated at Atlanta, Georgia this 14th day of November, 2014.

JAMES N. HATTEN
CLERK OF COURT

By: Cynthia Mercado
Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   November 14, 2014
James N. Hatten
Clerk of Court


By:   Cynthia Mercado
      Deputy Clerk